UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

TRACY DUANE LAUTNER,

        Plaintiff,                                         Case No. 1:07CV142

v.                                                                Hon. Robert J. Jonker

MARY BERGHUIS,

        Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 16, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 16, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the habeas corpus petition is **DENIED**.

                                                                              /s/ Robert J. Jonker
                                                                            ROBERT J. JONKER
                                                                UNITED STATES DISTRICT JUDGE

DATED: March 5, 2010.